**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **No. 1:26-cr-25-01/08-JL-AJ** |
| **v.** | **Count 1:  Conspiracy to Straw Purchase**<br>      **(18 U.S.C. §§ 932(b)(2))** |
| **Io-Rateka Swamp,**<br>**Jonathan Hart,**<br>**Conrad Oakes,** | **Count 2:  Conspiracy to Traffic Firearms**<br>      **(18 U.S.C. §§ 933(a)(1) and (3))** |
| **Tayson Terrance,**<br>**Ranonkwatseronhawi Gibson,**<br>**Montana Cook,**<br>**Blade Oakes,**<br>**Nash Oakes** | |
| **Defendants.** | |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**Conspiracy to Straw Purchase**
**[18 U.S.C. §§ 932(b)(2)]**

From at least on or about July 1, 2021, and continuing until on or about October 19,

2024, in the District of New Hampshire and elsewhere, the defendants,

> **Io-Rateka Swamp,**
> **Jonathan Hart,**
> **Conrad Oakes,**
> **Tayson Terrance,**
> **Ranonkwatseronhawi Gibson,**
> **Montana Cook,**
> **Blade Oakes, and**
> **Nash Oakes,**

knowingly and willfully conspired and agreed together and with each other and with Melissa

Longe, Dustin Tuttle, Justin Jackson, and with other persons both known and unknown to the

grand jury, to purchase a firearm  in and otherwise affecting interstate and foreign commerce for,

on behalf of, and at the request of another person, knowing or having reasonable cause to believe

that such person, intended to sell or otherwise dispose of the firearms in furtherance of a felony,

in violation of Title 18 United States Code, Sections 932(b)(2).

**COUNT TWO**
**Conspiracy to Traffic Firearms**
**[18 U.S.C. §§ 933(a)(1) and (3)]**

From at least on or about July 1, 2021, and continuing until on or about to on or about

October 19, 2024, in the District of New Hampshire, and elsewhere, the defendants,

> **Io-Rateka Swamp,**
> **Jonathan Hart,**
> **Conrad Oakes,**
> **Tayson Terrance,**
> **Ranonkwatseronhawi Gibson,**
> **Montana Cook,**
> **Blade Oakes, and**
> **Nash Oakes,**

knowingly and willfully conspired and agreed together and with each other and with Justin

Jackson, Melissa Longe, Dustin Tuttle, and with other persons both known and unknown to the

grand jury, to ship, transport, transfer, cause to be transported, and otherwise dispose of any

firearm to another person, in and otherwise affecting interstate and foreign commerce, knowing

and having reasonable cause to believe that the use, carrying, and possession of a firearm by the

recipient would constitute a felony (as defined in section 932(a)), in violation of Title 18, United

States Code, Sections 933(a)(1) and (3).

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction of the offenses alleged in Counts One or Two of this Indictment, Io-

Rateka Swamp, John Hart, Conrad Oakes, Tayson Terrance, Ranonkwatseronhawi Gibson,

Montana Cook, Blade Oakes, and Nash Oakes, shall forfeit to the United States pursuant to 18

U.S.C. § 934, any property constituting, or derived from, any proceeds obtained, directly or

indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offenses.

TRUE BILL

Date:   May 6, 2026

/s/ Foreperson
Foreperson


ERIN CREEGAN
United States Attorney


By:     /s Christopher Marin
Christopher Marin
Special Assistant United States Attorney

/s/ M. Yasir Sadat
M. Yasir Sadat
Assistant United States Attorney